Justin T. Walton, Esq.  (IN #29540-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com


*Counsel for Defendant Trans Union, LLC*


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER C. HARDEMAN,<br>         Plaintiff,<br><br>   vs.<br><br>ALLY FINANCIAL, INC.; a Delaware corporation; TRANS UNION LLC, a Delaware limited liability company; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia company;<br>         Defendants. | CASE NO. 2:15-cv-02194-MCE-EFB (TEMP)<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

   Plaintiff Christopher C. Hardeman ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date: April 8, 2016          /s/ Mark F. Anderson (As Authorized On April 8, 2016)
                              Mark F. Anderson, Esq. (44787)
                              Anderson, Ogilvie & Brewer, LLP
                              235 Montgomery Street, Suite 914
                              San Francisco, CA 94104
                              Telephone: 415-651-1951
                              Fax: 415-956-3233
                              E-Mail: mark@aoblawyers.com

                              *Counsel for Plaintiff Christopher C. Hardeman*

Date: April 8, 2016          /s/ Justin T. Walton
                              Justin T. Walton, Esq. (IN #29540-49)
                                 (admitted Pro Hac Vice)
                              Schuckit & Associates, P.C.
                              4545 Northwestern Drive
                              Zionsville, IN 46077
                              Telephone: 317-363-2400
                              Fax: 317-363-2257
                              E-Mail: jwalton@schuckitlaw.com

                              *Lead Counsel for Defendant Trans Union, LLC*

                              Lauren E. Tate, Esq. (CSB #124483)
                              Tate & Associates
                              1321 8th Street, Suite 4
                              Berkeley, CA 94710
                              Telephone: 510-525-5100
                              Fax: 510-525-5130
                              E-Mail: ltate@tateandassociates-law.com

                              *Local Counsel for Defendant Trans Union, LLC*

## ORDER

Pursuant to the foregoing stipulation, Trans Union, LLC is DISMISSED with prejudice. Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 13, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT